UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>SERGIO PEREZ-GUTIERREZ,<br><br>          Defendants. | 2:14-mj-0063 GWF<br><br>MINUTES OF THE COURT<br><br>DATED April 11, 2016 |

PRESENT
THE HONORABLE GEORGE W. FOLEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>      RECORDER:    <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF (S) :    <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT (S) :    <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Minutes (#14) were entered in this case on March 31, 2015. Good cause appearing,

IT IS ORDERED that the Cash Bond, legal owner Ricardo Perez-Gutierrez, (#4), posted in the amount of $300.00, receipt #NVLAS20920 filed February 10, 2014 on behalf of Defendant Sergio Perez-Gutierrez, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: *George Foley Jr.*
U.S. MAGISTRATE JUDGE

DATED:    April 11, 2016